# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

GEORGE X. TSIRIMOKOS and JULIE TSIRIMOKOS, individually and as Husband and wife,

    Plaintiff(s),

v.

MICHAEL LEWIS KOPF;
COWAN EQUIPMENT LEASING, LLC;
COWAN EQUIPMENT LEASING;
COWAN SYSTEMS, LLC;
COWAN INTERMODAL GROUP, LLC,

    Defendant(s).

**DEFENDANTS NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441**

## NOTICE OF REMOVAL

Petitioners/Defendants, by their undersigned attorney, pursuant to 28 U.S.C. §1441 *et. seq.*, file this Notice of Removal of this action from the Superior Court of the State of Delaware, in which it is now pending, to the United States District Court for the District of Delaware, and in support thereof respectfully avers as follows:

1. Petitioners have been named Defendants in a suit filed in the Superior Court of the State of Delaware, C.A. No.: N15C-12-156-JAP. Suit was originally filed on December 17, 2015, and service was perfected on Defendants.

2. Plaintiffs George Tsirimokos and Julie Tsirimokos are husband and wife and residents of the Commonwealth of Virginia.

3. Defendant Michael Lewis Kopf is a resident of the State of Maryland.

4. The Cowan Defendants are all incorporated in the state of Maryland with principle places of business in the State of Maryland.

5. Petitioners seek to remove this action to this Court under Title 28 U.S.C. §1441.

6. Filed herewith as Exhibit 1 is the Complaint and Writ served on the Petitioners.

7. Petitioners/Defendants were served with the Complaint on January 14, 2016.

8. The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of the Petitioners.

9. Petitioners are entitled to removal pursuant to 28 U.S.C. § 1332(a)(1) as this is a matter in which the amount in controversy exceeds the sum or value of Seventy Five Thousand Dollars ($75,000) and between citizens of different states.

WHEREFORE, Petitioners/Defendants respectfully request that the above-entitled action be removed from the Superior Court of the State of Delaware to the United States District Court for the District of Delaware.

FRANKLIN & PROKOPIK

   /s/ William A. Crawford
WILLIAM A. CRAWFORD (No. 5600)
ERIC SCOTT THOMPSON (No. 4633)
300 Delaware Avenue, Suite 1210
Wilmington, DE   19801
(302) 594-9780
*Attorneys for Defendants*

Date: January 25, 2016