# Exhibit 1



EFiled: Dec 17 2015 04:50PM EST
Transaction ID 58315527
Case No. N15C-12-156 JAP

**SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY: NCC      CIVIL ACTION NUMBER:_____

| | |
|---|---|
| Caption:<br><br>GEORGE X. TSIRIMOKOS and JULIE TSIRIMOKOS, individually and as husband and wife,<br><br>     Plaintiff(s),<br><br>     v.<br><br>MICHAEL LEWIS KOPF;<br>COWAN EQUIPMENT LEASING, LLC;<br>COWAN EQUIPMENT LEASING;<br>COWAN SYSTEMS, LLC<br>COWAN INTERMODAL GROUP, LLC,<br>     Defendant(s) | Civil Case Code: CPIA<br><br>Civil Case Type: PERSONAL INJURY AUTO<br><br>Name and Status of Party Filing Document:<br><br><u>George Tsirimokos and Julie Tsirimokos,</u><br><u>Plaintiffs</u><br><br>Document Type: (E.G., COMPLAINT, ANSWER WITH COUNTERCLAIM)<br><br><u>Complaint</u><br><br>JURY DEMAND   YES   X |
| ATTORNEY NAME(S):<br><u>KEITH E. DONOVAN</u><br>ATTORNEY ID(S):  <u>3044</u><br>FIRM NAME:<br><u>MORRIS JAMES, LLP</u><br>ADDRESS:<br><u>29 N. State Street</u><br><u>Dover, DE 19901</u><br>TELEPHONE NUMBER:<br><u>(302) 678-8815</u><br>FAX NUMBER:<br><u>(302) 678-5948</u><br>E-MAIL ADDRESS:<br><u>kdonovan@morrisjames.com</u> | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:<br><br><u>None.</u><br><br>_____<br><br>_____<br><br>EXPLAIN THE RELATIONSHIP(S):<br><br>_____<br><br>_____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>_____<br><br>_____<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED.  THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

8218622/

EFiled: Dec 21 2015 04:13PM EST
Transaction ID 58327724
Case No. N15C-12-156 JAP

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| GEORGE X. TSIRIMOKOS and JULIE TSIRIMOKOS, individually and as Husband and wife, | ) ) C.A. No.: ) ) |
| Plaintiff(s), | ) ) |
| v. | ) Jury Trial of 12 Demanded ) |
| MICHAEL LEWIS KOPF; COWAN EQUIPMENT LEASING, LLC; COWAN EQUIPMENT LEASING; COWAN SYSTEMS, LLC COWAN INTERMODAL GROUP, LLC, | ) ) ) ) ) ) |
| Defendant(s) | ) |

**SUMMONS**

TO:   PLAINTIFF'S COUNSEL:

YOU ARE COMMANDED:

TO SUMMON the above named defendants so that, within 20-days after service hereof upon defendant's agent, exclusive of the date of service, defendant shall serve upon Plaintiff's attorneys, Keith E. Donovan, Morris James LLP, 29 N. State Street, an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense). To serve upon Defendant's Agent a copy hereof and of the Complaint (and of the affidavit of demand if any has been filed by Plaintiff) and also pursuant to Del. C. §3104.

_____
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT: In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

_____
Prothonotary

_____
Per Deputy

8218622/

EFiled: Dec 21 2015 04:13PM
Transaction ID 58327724
Case No. N15C-12-156 JAP

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

GEORGE X. TSIRIMOKOS and JULIE )
TSIRIMOKOS, individually and as )  C.A. No.:
Husband and wife, )
 )
           Plaintiff(s), )
 )
     v. ) Jury Trial of 12 Demanded
 )
MICHAEL LEWIS KOPF; )
COWAN EQUIPMENT LEASING, LLC; )
COWAN EQUIPMENT LEASING; )
COWAN SYSTEMS, LLC )
COWAN INTERMODAL GROUP, LLC, )
 )
           Defendant(s) )

## PRAECIPE

TO:   Clerk New Castle County Prothonotary

PLEASE ISSUE a Summons and a copy of the Complaint to the
Plaintiffs' counsel of record, commanding Plaintiffs' counsel to
summon and direct the below named defendants to answer the Complaint
by serving the defendants through their registered agents with the
Summons and a copy of the Complaint and at the Defendant's address
with the Summons and Complaint in accordance with 10 Del. C. §3104.

**Michael Lewis Kopf**, 3425 Hampstead Mexico Rd., Hampstead, MD 21074;

**Cowan Equipment Leasing, LLC**
**Cowan Equipment Leasing**
**Cowan Systems, LLC**
c/o  Herman E. Funk, Jr., 4555 Hollins Ferry Road, Baltimore, MD
21227

and;

8218622/

**Cowan Intermodal Group, LLC**, 2101 Russell Street, Baltimore, MD 21230;
c/o: CSC-Lawyers Incorporating Service Company, 7 St. Paul Street, Suite 820, Baltimore, MD 21202

**Morris** James LLP

Keith E. Donovan (ID: 3044)
29 North State Street, Suite 100
Dover, DE 19901-3832
302-678-8815
kdonovan@morrisjames.com
Attorney for Plaintiffs

Date: 12/17/15

8218622/

EFiled: Dec 17 2015 04:50PM
Transaction ID 58315527
Case No. N15C-12-156 JAP

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| GEORGE X. TSIRIMOKOS and JULIE TSIRIMOKOS, individually and as Husband and wife, | ) ) ) ) | C.A. No.: |
| Plaintiff(s), | ) ) ) | |
| v. | ) ) ) | Jury Trial of 12 Demanded |
| MICHAEL LEWIS KOPF; COWAN EQUIPMENT LEASING, LLC; COWAN EQUIPMENT LEASING; COWAN SYSTEMS, LLC COWAN INTERMODAL GROUP, LLC, | ) ) ) ) ) ) | |
| Defendant(s) | ) | |

## COMPLAINT

1.    The plaintiffs, George Tsirimokos and Julie Tsirimokos, are residents of the Commonwealth of Virginia.

2.    Defendant, Michael Lewis Kopf ("Kopf"), upon information and belief, is a resident of the State of Maryland, residing at 3425 Hampstead Mexico Road, Hampstead, MD 21074.

3.    Defendants, Cowan Equipment Leasing, LLC; Cowan Equipment Leasing; Cowan Systems, LLC; Cowan Intermodal Group LLC, (hereinafter "Cowan"), upon information and belief, are business entities located outside the State of Delaware.

4.    On or about December 30, 2013, George Tsirimokos was driving his vehicle on Southbound I-95 in New Castle County,

8218622/

Delaware in the far left lane. Julie Tsirimokos was a passenger in the vehicle driven by George Tsirimokos. Mr. Tsirimokos was slowing due to traffic. Kopf was driving a tractor-trailer owned by Cowan and was traveling on Southbound I-95 in New Castle County, Delaware in the middle lane behind the Tsirimokos vehicle. Kopf attempted a left lane change and struck the rear of the Tsirimokos vehicle.

### CLAIMS AGAINST KOPF

5.    Paragraphs 1 through 4 are incorporated herein by reference as though the same were fully set forth below.

6.    Kopf's conduct was negligent in that he:

   a.    failed to keep a proper lookout;

   b.    failed to keep his motor vehicle under control;

   c.    drove his vehicle in a careless, imprudent or inattentive manner, in violation of 21 Del. C. §4176;

   and;

   d.    failed to control the speed of his motor vehicle as was necessary to avoid colliding with another vehicle on the highway, in violation of 21 Del. C. §4168(a).

### CLAIMS AGAINST COWAN

7.    Paragraphs 1 through 6 are incorporated herein by reference as though the same were fully set forth below.

8218622/

8. At all times relevant, Kopf was acting as the agent, servant, and/or employee of Cowan. If this allegation is denied, it must be denied by Affidavit in accordance with Delaware law.

9. If Kopf is found liable, then his liability is imputed to Cowan.

### DAMAGES

10. Paragraphs 1 through 9 are incorporated herein by reference as though the same were fully set forth below.

11. As a direct and proximate result of the defendants' negligence, George Tsirimokos and Julie Tsirimokos suffered, are suffering and will continue to suffer from painful injuries of the body and/or mind.

12. As a further direct and proximate result of the defendants' negligence, George Tsirimokos and Julie Tsirimokos have incurred medical expenses in the past and will continue to incur medical expenses in the future.

13. As a result of the injuries sustained by George Tsirimokos, Julie Tsirimokos has experienced a loss of consortium, for which loss she is entitled to damages from the Defendants.

14. As a result of the injuries sustained by Julie Tsirimokos, George Tsirimokos has experienced a loss of

consortium, for which loss he is entitled to damages from the Defendants.

WHEREFORE, George and Julie Tsirimokos demand judgment in their favor, and against the defendants jointly and severally for personal injuries, pain and suffering, medical expenses, pre and post judgment interest, compensatory damages, costs, and such other relief as the Court deems appropriate.  As a result of said injuries, the plaintiff has received (and in the future will continue to receive) medical and hospital care and treatment furnished by the United States of America.  The plaintiffs, for the sole use and benefit of the United States of America under the provisions of 42 U.S.C. 2651-2653, and with its express consent, assets a claim for reasonable value of said (past and future) care and treatment.

Morris James LLP

Keith E. Donovan (ID: 3044)
29 North State Street, Suite 100
Dover, DE 19901-3832
302-678-8815
kdonovan@morrisjames.com
Attorney for Plaintiffs

Date: 12/17/15

8218622/



EFiled: Dec 17 2015 04:50PM
Transaction ID 58315527
Case No. N15C-12-156 JAP

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

GEORGE X. TSIRIMOKOS and JULIE
TSIRIMOKOS, individually and as
Husband and wife,

        Plaintiff(s),

     v.

MICHAEL LEWIS KOPF;
COWAN EQUIPMENT LEASING, LLC;
COWAN EQUIPMENT LEASING;
COWAN SYSTEMS, LLC
COWAN INTERMODAL GROUP, LLC,

        Defendant(s)

C.A. No.:

Jury Trial of 12 Demanded

## PLAINTIFFS' ANSWERS TO FORM 30 INTERROGATORIES

1.   Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident which is the subject of this litigation.

     **ANSWER:**

    a)   George Tsirimokos, 208 Riverside Drive, Newport News, VA 23606. Tel: (757) 344-4378.

    b)   Julie Tsirimokos, 208 Riverside Drive, Newport News, VA 23606. Tel: (757) 595-2969.

    c)   Michael Lewis Kopf, 1208 Broadway, Apt. 2B, Hanover, PA 17331. Tel: (410) 599-2545.

    d)   Billy J. Sanchez Marquez, 122 Couples Drive, Newark, DE. Tel: (302) 357-5421. We have no other personal contact information for this eyewitness.

8218622/

e)     Corporal Michael Ripple of the Delaware State Police, Troop 6, 3301 Kirkwood Highway, Wilmington, DE 19808.   Tel: (302) 633-5000. We have no other available information at this time regarding his personal contact information.

2.    Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

ANSWER:   See those persons listed in the answer to Interrogatory No. 1 and see the attached medical records for information regarding the involved health care providers.

3.    Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the persons who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

ANSWER:   Corporal Ripple of the Delaware State Police interviewed those individuals identified in the answer to Interrogatory No. 1 above.   Presumably, the Delaware State Police retain the original report, but a photocopy of the Uniform Collision Report and Cpl. Ripple's narrative is attached hereto.

4.    Identify all photographs, diagrams, or other representations made in connection with the matter in litigation, giving the name and present or last known residential and employment

8218622/

address and telephone number of the person having the original and copies thereof (in lieu thereof, a copy can be attached).

ANSWER:   Please see the attached copies of documents Bearing Bates Nos. Tsirimokos 0001 - 000618 and Tsirimokos J 0001 - 000308.

5.   Give the name, professional address, and telephone number of all expert witnesses presently retained by the party, together with the dates of any written opinions prepared by said expert.  If an expert is not presently obtained, describe by type the experts who the party expects to retain in connection with the litigation.

ANSWER:   Experts have not yet been retained. Plaintiffs reserve the right to update this answer.

6.   Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

(a)   the name and address of all companies insuring the risk;

(b)   the policy number;

(c)   the type of insurance;

(d)   the amounts of primary, secondary and excess coverage.

ANSWER:   The Defendants' insurance as reflected on the Uniform Collision Report:

(a)   Zurich American Insurance Co.

(b)   CA0913740704

(c)   unknown

8218622/

    (d)   unknown

The Plaintiff's insurance is as follows:

    (a)   USAA

    (b)   258349U71010

    (c)   UIM

    (d)   $500,000 per person/$1,000,000 per accident

           Medical Expenses Benefits coverage $1,000

7.    Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at anytime during the ten year period prior to the date of the incident at issue in this litigation:

    ANSWER:    See the attached table showing health care providers in the past ten years for George (G), Julie (J) and for both (B).

MORRIS JAMES, LLP

KEITH E. DONOVAN (ID: 3044)
29 North State Street, Suite 100
Dover, DE 19901-3832
302-678-8815
kdonovan@morrisjames.com
Attorney for Plaintiffs

Date: 12/17/15

EFiled: Dec 17 2015 04:59PM
Transaction ID 58315527
Case No. N15C-12-156 JAP

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| GEORGE X. TSIRIMOKOS and JULIE TSIRIMOKOS, individually and as Husband and wife, | ) C.A. No.: ) ) |
| Plaintiff(s), | ) ) ) |
| v. | )Jury Trial of 12 Demanded ) |
| MICHAEL LEWIS KOPF; COWAN EQUIPMENT LEASING, LLC; COWAN EQUIPMENT LEASING; COWAN SYSTEMS, LLC COWAN INTERMODAL GROUP, LLC, | ) ) ) ) ) ) |
| Defendant(s) | ) |

### AFFIDAVIT

STATE OF VIRGINIA )
) SS
COUNTY )

We, George Tsirimokos and Julie Tsirimokos, having been duly sworn according to law state that the Answers to the foregoing Answers to Form 30 Interrogatories are true and correct to the best of our information and belief.

_____
George Tsirimokos

_____
Julie Tsirimokos

WITH THE U.S. ARMED FORCES AT
JOINT BASE LANGLEY-EUSTIS, VA.

**SWORN TO AND SUBSCRIBED** before me this 15th day of
December, 2015.

_____          _____
NOTARY PUBLIC          Timothy J. Lewis, SSgt, USAF
Military Paralegal

8218622J

EFiled: Dec 17 2015 04:50PM
Transaction ID 58315527
Case No. N15C-12-156 JAP

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| GEORGE X. TSIRIMOKOS and JULIE TSIRIMOKOS, individually and as Husband and wife, | )<br>) C.A. No.:<br>)<br>) |
| Plaintiff(s), | )<br>) |
| v. | )Jury Trial of 12 Demanded<br>) |
| MICHAEL LEWIS KOPF;<br>COWAN EQUIPMENT LEASING, LLC;<br>COWAN EQUIPMENT LEASING;<br>COWAN SYSTEMS, LLC<br>COWAN INTERMODAL GROUP, LLC, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant(s) | ) |

## AFFIDAVIT OF COUNSEL PURSUANT TO RULE 3(h)(1)(II) AND (III)

STATE OF DELAWARE    :
                     :    SS
KENT COUNTY    :

    I, KEITH E. DONOVAN, having been duly sworn this _17th_ day of _December_ , 2015, do depose and say:

    1.  I am attorney for Plaintiffs in the above-captioned action.

    2.  This action involves a claim for personal injuries.

8318622

3.   Medical documentation will be supplied upon the

Entry of Appearance for defendants.


**Morris** James LLP

Keith E. Donovan (ID: 3044)
29 North State Street, Suite 100
Dover, DE 19901-3832
302-678-8815
kdonovan@morrisjames.com
Attorney for Plaintiffs


SWORN TO AND SUBSCRIBED before me on the above date.

Notary Public
**CHRISTINE L. GILLAN**
Notary Public - State of Delaware
My Comm. Expires March 5, 2017


8218622/

EFiled: Dec 17 2015 04:50PM 
Transaction ID 58315527
Case No. N15C-12-156 JAP

## STATE OF DELAWARE
## UNIFORM COLLISION REPORT

### Personal Injury Crash

| Report No.: 06-13-104539 - 000 | Agency: 06 | | |
|---|---|---|---|
| Date and Time of Collision: 12/30/2013 – 12/30/2013 at 21:10 | | County: New Castle | Zip Code: 19713 |
| Grid: 076342 | Sector: 68 | Latitude: 39.67661 | Longitude: -75.66995 |
| Reporting Officer: CPL RIPPLE | Badge No.: 01322 | | |

| |
|---|
| Injuries Involved: Injuries Involved |
| Location of First Unstable Situation: On Roadway |
| Location of First Harmful Event: On Roadway |
| First Harmful Event: Motor Vehicle in Transport (Collision With Person, Motor Vehicle, or Non-Fixed Object) |
| Primary Contributing Circumstance: Improper lane change |
| Manner of Impact: Front to rear |

### Crash Location

| |
|---|
| Officer Defined Location: |
| On 10' w/o e/eor, s/b I-95, and 0.1 miles n/o SR 273, Newark, DE. |

### Collision Circumstances

| Lighting Condition: Dark-Lighted | Road Condition: Dry |
|---|---|
| Weather Conditions: Cloudy | |
| Environment Contributing Circumstances: None | |
| Roadway Contributing Circumstances: None | |
| Road Junction: Non-Junction | |

### Driver of Vehicle - 001

| | | | |
|---|---|---|---|
| Involvement: Driver | | | |
| Full Name: GEORGE X TSIRIMOKOS | | | |
| License No.: C24685438 - Virginia | License Class: N | | |
| Gender: Male | Race: White | Ethnicity: Non-Hispanic | Birth Date: 11/18/1930 – 83 years old |
| Address: 208 RIVERSIDE DR | | | |
| City: NEWPORT NEWS | State/Country: Virginia | Zip Code: 23606 | |
| Seating Position: Front Seat – Left Side (Driver's Side) | | | |
| Driver Distraction: None | | | |
| Condition at Time of Crash: Apparently Normal | | | |
| Driver Action: No Contributing Action | | | |
| Vehicle: 001 | Vehicle Style: Passenger Car | Total Occupants: 2 | |
| Registration: GXT | State/Country: Virginia | Expires: 03/31/2014 | |
| VIN: 2G1WH52K639353926 | | | |
| Model Year: 2003 | Make: Chevrolet | Model: Impala | |

Approved On: 01/08/2014
Approved By: John J Glenn

1

Report No.: 06-13-104539  - 000

USAA Confidential

| | | |
|---|---|---|
| Vehicle Color: Gray | | |
| First Event: Motor Vehicle In Transport | | |
| Most Harmful Event: Motor Vehicle in Transport (Collision With Person, Motor Vehicle, or Non-Fixed Object) | | |
| Posted/Statutory Speed Limit: 55 (mph) | Maneuver/Action Taken: Changing Lanes | |
| Traffic Control Device: Lane Markings | Inoperative/Missing: No | |
| Trafficway: Two-Way, Divided, Positive Median Barrier | Direction Traveled: Southbound | |
| Gross Vehicle Weight Rating: 10,000 lbs or less | | |
| Equipment Failure: None | | |
| Most Damaged Area: Right Side Rear | | |
| 1st Point of Impact: Left Side Rear | | |
| Extent of Damage/Removal: Disabling Damage | Towed Due to Disabling Damage: Yes | |
| Tow Company: B and F | | |
| Insurance Status: Insured | | |
| Insurance Company: USAA | | |
| Insurance Policy No.: 258349 | | |
| Owner Name: GEORGE X TSIRIMOKOS | | |
| Owner Address: 208 RIVERSIDE DR | | |
| City: NEWPORT NEWS | State/Country: Virginia | Zip Code: 23606 |

### Passenger of Vehicle - 001

| | | | |
|---|---|---|---|
| Involvement: Passenger | | | |
| Full Name: JULIE TSIRIMOKOS | | | |
| Gender: Female | Race: White | Ethnicity: Non-Hispanic | Birth Date: 08/28/1932 – 81 years old |
| Address: 208 RIVERSIDE DR | | | |
| City: NEWPORT NEWS | State/Country: Virginia | Zip Code: 23606 | |
| Seating Position: Front Seat – Right Side | | | |
| Injury Status: Nonfatal Injury – Non-incapacitating | | | |
| Primary Area of Body Injury: Unspecified | Airbag: Not Deployed | | |
| Occupant Protection: Shoulder and Lap Belt Used | Ejection: Not Ejected | | |
| Description of Injuries: | | | |
| Unknown; still under evaluation at time of interview. | | | |

### Driver of Vehicle - 002

| | | | |
|---|---|---|---|
| Involvement: Driver | | | |
| Full Name: MICHAEL LEWIS KOPF | | | |
| License No.: 31011418 - Pennsylvania | License Class: 00 | | |
| Gender: Male | Race: White | Ethnicity: Non-Hispanic | Birth Date: 02/08/1967 - 46 years old |
| Subpoena for Trial: Yes | | | |
| Address: 1208 BROADWAY APT 2B | | | |
| City: Hanover | State/Country: Pennsylvania | Zip Code: 17331 | |

dfedf887f25b66a5          USAA Confidential

| | |
|---|---|
| Cell Phone: (410) 599-2545 | |
| Seating Position: Front Seat—Left Side (Driver's Side) | |
| Driver Distraction: None | |
| Condition at Time of Crash: Apparently Normal | |
| Driver Action: No Contributing Action | |

| Vehicle: 002 | Vehicle Style: Truck Tractor and Semi-Trailer | Total Occupants: 1 |
|---|---|---|

| | |
|---|---|
| Trailer Attached: Yes   Commercial Vehicle: Yes | |

| Registration: 683F26 | State/Country: Maryland | Expires: 07/15/2014 |
|---|---|---|

| | |
|---|---|
| VIN: 4V4NC9EJ08N533821 | |

| Model Year: 2011 | Make: Volvo | Model: TR |
|---|---|---|

| | |
|---|---|
| Vehicle Color: Green | |
| First Event: Motor Vehicle In Transport | |
| Second Event: Guardrail Face | |
| Most Harmful Event: Guardrail Face (Collision With Fixed Object) | |

| Posted/Statutory Speed Limit: 55 (mph) | Maneuver/Action Taken: Movements Essentially Straight Ahead |
|---|---|
| Traffic Control Device: Lane Markings | Inoperative/Missing: No |
| Trafficway: Two-Way, Divided, Positive Median Barrier | Direction Traveled: Southbound |

| | |
|---|---|
| Vehicle Configuration: Truck Pulling Trailer(s) | |
| Cargo Body Type: Van/Enclosed Box | |
| Gross Vehicle Weight Rating: More than 26,000 lbs | |
| Equipment Failure: None | |
| Most Damaged Area: Front Left | |
| 1st Point of Impact: Front Left | |

| Extent of Damage/Removal: Disabling Damage | Towed Due to Disabling Damage: Yes |
|---|---|

| | |
|---|---|
| Tow Company: B and F | |
| Insurance Status: Insured | |
| Insurance Company: ZURICH AMERICAN INSURANCE, CO. | |

| Insurance Policy No.: CA0913740704 | Expires: 07/01/2014 | Phone: (877) 241-6121 |
|---|---|---|

| | |
|---|---|
| Owner Business Name: Cowan Equipment Leasing, LLC | |
| Owner Address: 4555 HOLLINS FERRY RD | |

| City: HALETHORPE | State/Country: Maryland | Zip Code: 21227 |
|---|---|---|

| | |
|---|---|
| Commercial Carrier Name: COWAN SYSTEMS, LLC | |

| Carrier ID: 548880 | Issuing Authority: MD |
|---|---|

| | |
|---|---|
| Access Control: Partial Access Control | |
| No. of Axles: 03 | |
| Carrier Address: 4555 HOLLINS FERRY ROAD | |

| City: HALETHORPE | State/Country: Maryland | Zip Code: 21227 |
|---|---|---|

| | |
|---|---|
| Carrier Phone: (410) 247-0800 | |

| Trailer Registration: 1593175 | Registration State/Country: Maine | Expires: 2013 |
|---|---|---|

| | |
|---|---|
| Trailer VIN: 1JJV532D1BL379771 | |

| Trailer Year: 2011 | Trailer Make: Wanamaker Trailer | Trailer Model: SE |
|---|---|---|

| Trailer Detached: No | Extent of Damage: No Damage |
|---|---|

Approved On: 01/08/2014
Approved By: John J Glenn

3

Report No.: 06-13-104539  - 000

USAA Confidential

| Owner Business Name: COWAN EQUIPMENT LEASING | | | |
|---|---|---|---|
| Owner Address:  GOOSE HILL RD BOX 259 | | | |
| City: JEFFERSON | State/Country: Maine | Zip Code:  04348 | |
| Insurance Status: Insured | Insurance Co.: ZURICH AMERICAN | | |
| Insurance Policy No.: CA0913740704 | Insurance Expires: 07/01/2014 | | Insurance Co. Phone:  (877) 241-6121 |

### Witness

| Involvement:  Witness | | | |
|---|---|---|---|
| Full Name: BILLY J SANCHEZ MARQUEZ | | | |
| License No.: 1525569 - Delaware    License Class: D | | | |
| Gender: Male | Race: White | Ethnicity: Hispanic | Birth Date: 06/03/1977 - 36 years old |
| Subpoena for Trial:  Yes | | | |
| Address:  122 Couples DR | | | |
| City: Newark | State/Country: Delaware | Zip Code: 19702 | |
| Cell Phone: (302) 357-5421 | | | |

### Damaged Property: 001

| Type of Property: State Property | Description: (Safety Feature) - Guardrail | |
|---|---|---|
| Owner Business Name: State Of Delaware    Owner Name:  Unknown | | Was Owner Notified:  Yes |
| Owner Address:  169 Brick Store Landing RD | | |
| City: Smyrna | State/Country: Delaware | Zip Code:  19977 |
| Work Phone:  (302) 659-4600 | | |

Approved On: 01/08/2014
Approved By:  John J Glenn

4

Report No.:  06-13-104539 - 000

USAA Confidential

### Narrative – Report Sequence: 000

V1 traveling s/b in the far left lane of I-95 s/b approaching SR 273. V2 in the middle left lane also traveling s/b on I-95 slightly behind and adjacent to V1. V2 attempted a left lane change and struck the left rear corner of V1 for POI #1. POI #1 occurred approximately 10' w/o w/eor, I-95 s/b, and 0.1 miles n/o SR 273. Following impact, both vehicles continued s/b on I-95: V1 continued s/b for approximately 150' and onto the left shoulder for uncontrolled FRP; V2, by comparison, veered back into the left middle lane before continuing 300' s/b and across the left shoulder where it struck a jersey barrier for uncontrolled FRP/POI #2. Each vehicle remained at its respective FRP until I arrived on scene.

I interviewed OP1 at CER. He stated that his vehicle was operating in the far left lane of I-95 n/b as he traveled s/b from New England. He confirmed his placement in the left lane as he recalled remaining in the same lane since his entry into Delaware from New Jersey. In fact, he recalled staying in the left lane as an unrelated police pursuit passed his position in the area of exit 4 approximately 2.0 miles n/o POI #1.

OP1 claimed that he slowed down due to heavy traffic in the area of SR 273 as he noticed a separate accident off to the right shoulder. Shortly thereafter, he detected a sudden jolt to the left rear of his vehicle as V2 passed his position. He claimed that he did not notice V2 prior to impact.

In interviewed OP2 on scene as he declined the services of EMS. OP2 confirmed that he originally operated in the left middle lane although he claimed that he safely executed a left lane change into a position directly behind V1. He stated that shortly after his lane change, he noticed that V1 slowed abruptly. He could not recall if V1 utilized his brakes. Having observed V1 directly in front of his route of travel, OP2 explained that he executed a sharp right lane change to avoid a collision. According to OP2, he struck V1 as he attempted to pass on the right.

I likewise contacted W1 both on scene and via public service several hours into the investigation. He stated that he operated his vehicle in a position behind V1 in the far left lane. He explained that sufficient space existed between his vehicle and OP1 as he observed V2 in the left middle lane. He watched as V2 "zig zagged" in its lane before it executed a left lane change. W1 stated that V2 neither used its turn signal nor applied its brakes during the lane change. W1 explained that V2 never fully executed the lane change but appeared to strike V1 prior to completion. He then watched as V2 re-entered the left middle lane and lost control along s/b I-95.

No other witnesses contacted in reference to the above. I note that while I did not observe the collision, I overheard a loud crashing sound before observing V2 swerve to the right and s/b along I-95. Shortly thereafter, it crossed the far left lane and struck a jersey barrier along the median for POI #2.

Based upon my observations on scene and statements provided by both OP1 and W1, I determined that OP2 conducted an improper lane change pursuant to 21/ 4122. I will contact OP2 and ascertain whether he will voluntarily appear at Troop 6 to resolve the matter. Should this occur, further supplement to follow.

Each party provided with the appropriate exchange forms/tow slips upon completion of my investigation.

USAA Confidential

Approved On: 01/08/2014
Approved By: John J Glenn                    Report No.: 06-13-104539  - 000

USAA Confidential



Approved On: 01/08/2014
Approved By: John J Glenn

Report No.: 06-13-104539  - 000

USAA Confidential

09011196861a0296

# DELAWARE STATE POLICE
## DRIVER INFORMATION EXCHANGE REPORT

Date of Collision: 12/30/2013    Time of Collision: 21:10    Report Number: 06-13-104539 - 000

Officer Name: CPL RIPPLE    Badge No : 01322

Officer E-Mail: michael.ripple@state.de.us    (302) 660 - 3808

Location of Collision: On Westbound JOHN F KENNEDY MEMORIAL HIGHWAY I95 76.39 Feet South West
From I-95 - RAMP  2.95 Miles  from Newark Municipality

Full Name: MICHAEL LEWIS KOPF (Driver) License No.: 31011418    License Class: 000000181201312302148093479812

Address: 1208 BROADWAY  APT 2B

City: Hanover    State Country: Pennsylvania    Zip Code: 17331

Registration: 683F26    State: MD    Expires: 07/15/2014    VIN: 4V4NC9EJ08N533821

Make: Volvo    Model: TR    Model Year: 2011

Most Damaged Area: Front Left

Insurance Status: Insured    Insurance Company: ZURICH AMERICAN INSURANCE. CO.

Insurance Policy No.: CA0913740704    Expires: 07/01/2014    Phone: (877) 241-6121

Owner Business Name: Cowan Equipment Leasing, LLC

Owner Address: 4555 HOLLINS FERRY RD

City: HALETHORPE    State Country: Maryland    Zip Code: 21227

Full Name: GEORGE N TSIRIMOKOS (Driver) License No.: C24685438    License Class: N

Address: 208 RIVERSIDE DR

City: NEWPORT NEWS    State Country: Virginia    Zip Code: 23606

Registration: GNT    State: VA    Expires: 03/31/2014    VIN: 2G1WH52K639353926

Make: Chevrolet    Model: Impala    Model Year: 2003

Most Damaged Area: Right Side Rear

Insurance Status: Insured    Insurance Company: USAA

Insurance Policy No.:

Owner Name: GEORGE N TSIRIMOKOS

Owner Address: 208 RIVERSIDE DR

NEWPORT NEWS    State Country: Virginia    Zip Code: 23606

Note: You or your insurance company may submit a written request for a copy of the collision report to:

| Delaware State Police | Fee is: $25 | Collision Date: 12.30.2013 |
| Traffic Section | A Fatal Report is: $60 | Report Number: 06-13-104539 |
| PO Box 430 | | |
| Dover, DE  19903 | Any Questions Call: (302) 739-5931 | |

Please include a self-addressed envelope, and make check or money order payable to:    Delaware State Police

I would like to obtain a copy of the motor vehicle crash report occurring at the following location:
On Westbound JOHN F KENNEDY MEMORIAL HIGHWAY I95 76.39 Feet South West
From I-95 - RAMP  2.95 Miles  from Newark Municipality

The following information is required to process your request

_____                    _____
(your name)                                      (daytime phone #)


_____                    _____
(street address)                                 (city, state and zip code)

It is our policy to release crash information only to person(s) actually involved in the crash, to the parents/guardians of minors,
the owners of the vehicles, and the insurance companies or attorneys representing those involved.

Exchange Report                              1              Report No: 06-13-104539 - 000

EFiled: Dec 17 2015 04:50PM
Transaction ID 58315527
Case No. N15C-12-156 JAP

| PHYSICIAN | SPECIALTY | ADDRESS | TELEPHONE/f | |
|---|---|---|---|---|
| Robert J. Snyder | Orthopedic | 250 Nat Turner Blvd<br>Newport News VA 23606 | 1-877-202-9130 | B |
| Jeffrey R. Carlson | Orthopedic | 250 Nat Turner Blvd<br>Newport News VA 23606 | 1-877-202-9130 | J |
| Martin R, Coleman | Orthopedic | 250 Nat Turner Blvd<br>Newport News VA 23606 | 1-877-202-9130 | G |
| Denise Duhon | Internal Medicine | 12420 Warwick Boulevard,<br>Bldg. 3<br>Newport News, VA 23606 | (757) 594-4431<br>(757) 594-2936<br>Fax | J |
| Kimberly Ratcliffe | Internal Medicine | 12420 Warwick Boulevard,<br>Bldg. 3<br>Newport News, VA 23606 | (757)594-4431<br>(757)594-2936<br>Fax | J |
| W. Palmer Lowry | Family Practice | 730 Thimble Shoals Blvd<br>#110<br>Newport News VA 23606 | (757)223-5700 | B |
| Donald B. Fuller | Oncologist<br>Radiologist | 5395 Ruffin Road<br>Suite #103<br>San Diego, CA 92123 | 858.505.4100<br>858.429.7939 Fax | G |
| Romney Andersen | Orthopedics | Riverside Orthopedics<br>12200 Warwick Blvd<br>Newport News VA 23601 | (757)534-9988 | G |
| Mashour Yousef | Hematology | Peninsula Cancer Institute<br>12200 Warwick Blvd<br>Newport News VA 23601 | (757)534-5555<br>(757)534-5556 fax | G |
| Shawke A. Soueidan | Neurology | 120 Kings Way,<br>Williamsburg, VA 23185 | (757)221-0110<br>(757)221-0851 | B |
| Jeffrey E. Harris | Infectious Diseases | 11747 Jefferson Ave., Suite 4C<br>Newport News VA 23606 | (757)596-7115 | G |
| William O. Harris III | Cardiology | 50J. Clyde Morris Blvd<br>Newport News VA 23601 | (757)594-2074 | B |
| Edward Chu | Cardiology | 50J. Clyde Morris Blvd<br>Newport News VA 23601 | (757)594-2074 | G |
| Henry M. Prillaman | Urology | 11848 Rock Landing Drive,<br>Suite 402 | (757) 873-1374 | G |

8226532/

| | | Newport News, VA 23606 | | |
|---|---|---|---|---|
| C. Patrick Laughlin | Family Practice | 860 Omni Blvd # 201, Newport News, VA 23606 ( | 757) 369–8138 | G |
| Thomas Kryzak | Orthopedics | Langley AFB Hampton VA  23665 | (757}764–6494 | J |
| Ronald Delanois | Orthopedics | LifeBridge Health 2401 W. Belvedere Ave. Baltimore, MD 21215–5271 | (410)601–9000 | J |
| Hassan A. Hassan | Gastroenterology | 501 Medical Dr, Hampton, VA 23666 | :(757) 826–3434 | B |
| Elena F. Flagg | Arthritis and Rheumatic Diseases | : 329 McLaws Cir, Williamsburg, VA 23185 | 757) 826–3434 | G |
| Peter T. Galantich | Ear, Nose, and Throat | 895 City Center Blvd #152, Newport News, VA 23606 Phone | :(757) 599–5505 | J |
| Kathy O'Connell | Women's Care | 11842 Rock Landing Dr #115, Newport News, VA 23606 | (757) 595–9905 | J |
| Benjamin R. Proto | Podiatry | 860 Omni Blvd # 203, Newport News, VA 23606 (757) 327-0657 | (757) 327-0657 | G |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |