IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE X. TSIRIMOKOS and JULIE TSIRIMOKOS, individually and as Husband and wife,<br><br>      Plaintiff(s),<br><br>  v.<br><br>MICHAEL LEWIS KOPF;<br>COWAN EQUIPMENT LEASING, LLC;<br>COWAN EQUIPMENT LEASING;<br>COWAN SYSTEMS, LLC;<br>COWAN INTERMODAL GROUP, LLC,<br><br>      Defendant(s). | C.A. NO.: 1:16-cv-00037-LPS<br><br>TRIAL BY JURY OF TWELVE DEMANDED |

## STIPULATION OF PARTIAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through the undersigned counsel, that all claims against Defendants Cowan Equipment Leasing, LLC, Cowan Intermodal Group, LLC, and Cowan Equipment Leasing, are hereby dismissed, with prejudice.

| | |
|---|---|
|  /s/    Keith E. Donovan |  /s/ Eric Scott Thompson |
| KEITH E. DONOVAN (No. 3044) | ERIC SCOTT THOMPSON (No. 4633) |
| Morris James, LLP | Franklin & Prokopik |
| 29 North State St. | 300 Delaware Ave, Suite 1210 |
| Dover, DE 19901 | Wilmington, DE 19801 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: February 25, 2016