## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

**GEORGE X. TSIRIMOKOS and JULIE
TSIRIMOKOS, Individually and as husband and wife.**

       **Plaintiffs**

**v.**                                              **Case No:  1:16-cv-00037-LPS**

**MICHAEL LEWIS KOPF and
COWAN SYSTEMS, LLC**

       **Defendant**

## JOINT CASE STATUS UPDATE

Plaintiffs George X. Tsirimokos and Julie Tsirimokos ("Plaintiffs") and Defendants Michael Lewis Kopf and Cowan Systems, LLC, ("Defendants") (collectively, the "Parties") by and through their respective counsel, submit this Joint Case Status Report, as ordered by the Court in its February 22, 2018 order.

## CASE STATUS

Through the efforts of Magistrate Judge Burke caucusing with the parties and their counsel, both telephonically and electronically, the parties' have reached a verbal settlement agreement to resolve this matter. Counsel for the parties will reduce the agreement to writing and, once fully executed, will submit an endorsed dismissal order to the Court.

DATED:  May 17, 2018

GEORGE X TSIRIMOKOS and
JULIE TSIRIMOKOS


_/s/ Keith E. Donovan_

Keith Edward Donovan, Esq. (No: 3044)
MORRIS JAMES, LLP
850 New Burton Road, Suite 101
Dover, DE 19904

James J. Reid, Esq. (VSB No: 45796)
DAVID, KAMP & FRANK, L.L.C.
739 Thimble Shoals Blvd Suite 105
Newport News, VA 23606


DATED:  May 17, 2018

MICHAEL LEWIS KOPF and
COWAN SYSTEMS, LLC

_/s/ Eric S. Thompson_

Eric Scot Thompson, Esq. (No 4633)
FRANKLIN & PROKOPIK, PC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801


306901