# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE X. TSIRIMOKOS and JULIE TSIRIMOKOS, individually and as Husband and wife,<br><br>        Plaintiff(s),<br><br>   v.<br><br>MICHAEL LEWIS KOPF and COWAN SYSTEMS, LLC,<br><br>        Defendant(s). | C.A. NO.: 1:16-cv-00037-LPS<br><br>**TRIAL BY JURY OF TWELVE DEMANDED** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, that the above-captioned action is hereby dismissed with prejudice.

| | |
|---|---|
| */s/ Keith Edward Donovan* | */s/ Eric Scott Thompson* |
| Keith Edward Donovan, Esq. (No. 3044) | Eric Scott Thompson, Esq. (No. 4633) |
| MORRIS JAMES, LLP | FRANKLIN & PROKOPIK, PC |
| 850 New Burton Road, Suite 101 | 300 Delaware Avenue, Suite 1210 |
| Dover, DE 19904 | Wilmington, DE 19801 |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

Dated: July 2, 2018